# CERTIFICATE to be filed with NOTICE OF APPEAL TO THE COURT OF APPEALS

APPELLATE NO. _____
(To be filled in by COA)

TRIAL COURT CAUSE NO. <u>007-1297-14</u>

FILED IN
12th COURT OF APPEALS
STYLER, TEXAS
1/27/2015 11:01:02 AM
CATHY S. LUSK
Clerk

| THE STATE OF TEXAS | | 7TH Judicial District Court |
|---|---|---|
| (State or Appellant) | | |
| | | of |
| VS. | | |
| | | |
| LEE VINCENT | | Smith County, Texas |
| (Appellee or State) | | |

The Records of My Office Reflect The Following information in This Case:

Defendant was Convicted of :    ASSAULT BI FAM/HOUSE MEM 2+ W/IN 12 MONTHS

Punishment Assessed:            5 Years 00 /Texas Department of Criminal Justice

Was This a Revocation of Probation:        NO

Defendant is:      LEE VINCENT  is in TDCJ

If on Bond, Give Amount:        NA                Date Bond Posted: NA

Sentence Imposed on: 01/12/15

If NO Sentence, Order Appeal Form Signed:        NA

Written Notice of Appeals was Filed on:        01/14/15

Trial Held Before the Court:      Guilty Plea-No Jury

MOTION FOR New Trial Filed?:        NO        Yes, Date Filed:

****IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, ****
PLEASE GIVE WRITTEN NOTICE TO THE COURT OF APPEALS IMMEDIATELY

Presiding Trial Court Judge:        KERRY RUSSELL

Trial Court Reporter:              JENNIFER LOWRANCE
        Address:              Smith County Courthouse
                          7th  Judicial District Court
                          100 N. Broadway
                          Tyler, Texas 75702

Was the Defendant Declared Indigent:        YES

Defendant's Counsel Is:  APPOINTED

**Defendant – Represented on Appeal by:**  JACKSON, A. REEVE                    00798280
                                          (Attorney's Name)                (State Bar Number)

                    **Address:**  **112 E LINE #310**
                                  **Tyler, TX 75702**

                    **Phone:**  **903-595-6070**
                    **Fax:**    **866-387-0152**


**State – Represented on  Appeal by:**  **Michael West**                     **21203300**
                                        (Attorney's Name)              (State Bar Number)

                    **Address:**  **Smith County Courthouse – 4th Floor**
                                  **District Attorney's Office**
                                  **100 N. Broadway**
                                  **Tyler, TX 75702**

                    **Phone:**  **903-590-1724**
                    **Fax:**    **903-590-1719**


**Dated this 27th day of January, 2015.**

                              **Lois Rogers, Smith County District Clerk**



                    **By:**  ___/S/ LINDA RHYMES_____
                             **LINDA RHYMES, Deputy**


**Note:**      **ATTACH A COPY OF THIS NOTICE OF APPEAL TO THIS FORM.**
               **(One Copy of This Form goes to the Court of  Appeals, One copy goes**
               **To the DA, and One Copy goes to the Court Reporter.)**


**PLEASE BE SURE THAT ALL THE REQUESTED INFORMATION IS COMPLETE.**

**THANK YOU !**

**SEND TO:**      **12TH COURT OF APPEALS**
                  **1517 WEST FRONT STREET SUITE 354**
                  **TYLER, TEXAS 75702**

FILED
LOIS ROGERS
DISTRICT CLERK

No. 007-1297-14

| THE STATE OF TEXAS | 2015 JAN 14 AM 11: 08 | IN THE 7TH |
| --- | --- | --- |
| VS. | SMITH COUNTY, TEXAS | DISTRICT COURT OF |
| LEE VINCENT | By _____ DEPUTY | SMITH COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Comes now Lee Vincent, Defendant, by and through his undersigned attorney of record, and files this Notice of Appeal in this cause.

Respectfully Submitted,

_____
Austin Reeve Jackson
TXBN: 24046139
112 East Line Street, Suite 310
Tyler, Texas 75702
(903) 595-6070
(866) 387-0152

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for State.

_____
Austin Reeve Jackson

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 7TH JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| LEE VINCENT | § | SMITH COUNTY, TEXAS |

**FILED** JAN 12 2015 ... SMITH CO TX DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, KERRY L. RUSSELL, JUDGE OF THE TRIAL COURT, CERTIFY THIS CRIMINAL CASE:

☑ IS NOT A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT MATTERS WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL AND NOW WITHDRAWN OR WAIVED, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, BUT THE TRIAL COURT HAS GIVEN PERMISSION TO APPEAL, AND THE DEFENDANT HAS THE RIGHT OF APPEAL; (OR)

☐ IS A PLEA-BARGAIN CASE, AND THE DEFENDANT HAS NO RIGHT OF APPEAL; (OR)

☐ THE DEFENDANT HAS WAIVED THE RIGHT OF APPEAL; (OR)

Date Signed 1/12/15

HONORABLE KERRY L. RUSSELL
Judge, 7th Judicial District Court
Smith County, Texas

* I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX.R.APP.P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

DEFENDANT
Mailing Address:
3905 Pawn Ln
Richmond TX 74706

Telephone No.: _____
Fax No.: _____

DEFENDANT'S COUNSEL
Bar Card No. 00798280
Mailing Address:
326 S Farm
Tyler Tx

Telephone No.: 742-6575
Fax No.: 592-6752

*A DEFENDANT IN A CRIMINAL CASE HAS THE RIGHT OF APPEAL UNDER THESE RULES. THE TRIAL COURT SHALL ENTER A CERTIFICATION OF THE DEFENDANT'S RIGHT TO APPEAL IN EVERY CASE IN WHICH IT ENTERS A JUDGMENT OF GUILT OR OTHER APPEALABLE ORDER. IN A PLEA-BARGAIN CASE—A CASE IN WHICH A DEFENDANT'S PLEA WAS GUILTY OR NOLO CONTENDERE AND THE PUNISHMENT DID NOT EXCEED THE PUNISHMENT RECOMMENDED BY THE PROSECUTOR AND AGREED TO BY THE DEFENDANT—A DEFENDANT MAY APPEAL ONLY: (A) THOSE MATTERS THAT WERE RAISED BY WRITTEN MOTION FILED AND RULED ON BEFORE TRIAL, OR (B) AFTER GETTING THE TRIAL COURT'S PERMISSION TO APPEAL.
TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2)